Rafey S. Balabanian (CA SBN #315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, CA 94111
Phone: (415) 212-9300

Jay Edelson (*pro hac vice*)
jedelson@edelson.com
Alexander G. Tievsky (*pro hac vice*)
atievsky@edelson.com
J. Eli Wade-Scott (*pro hac vice*)
ewadescott@edelson.com
EDELSON PC
350 N. LaSalle Street, 14th Floor
Chicago, IL 60654
Phone: (312) 589-6370
*Attorneys for Plaintiff Edelson PC*

Sean E. Ponist (CA SBN #204712)
sponist@ponistlaw.com
Cary McReynolds (CA SBN #191112)
cmcreynolds@ponistlaw.com
PONIST LAW GROUP, PC
100 Pine Street, Suite 1250
San Francisco, California 94111
Phone: (415) 798-2222
*Attorneys for Defendant California Attorney Lending, II, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDELSON PC, an Illinois professional corporation,<br><br>Plaintiff,<br><br>-vs.-<br><br>DAVID LIRA, an individual, KEITH GRIFFIN, an Individual, ERIKA GIRARDI aka ERIKA JAYNE, an Individual, GEORGE HATCHER, an individual, WRONGFUL DEATH CONSULTANTS, a California Corporation, JOSEPH DINARDO, an individual, CALIFORNIA ATTORNEY LENDING II, INC., a New York corporation,<br><br>Defendants. | Case No. 3:22-cv-03977<br><br>**STIPULATION EXTENDING TIME TO ANSWER OR MOVE FOR DEFENDANT CALIFORNIA ATTORNEY LENDING II, INC.** |

**IT IS HEREBY STIPULATED** by and between the undersigned counsel for Plaintiff EDELSON PC and Defendant CALIFORNIA ATTORNEY LENDING II, INC. ("Defendant") that Defendant's time to answer, respond or otherwise move with respect to the Complaint shall be extended through and until September 21, 2022.

**IT IS SO STIPULATED AND AGREED:**

Dated:  August 5, 2022                    EDELSON PC


                                          By: s/ Alexander G. Tievsky
                                          Counsel for Plaintiff Edelson PC



                                          PONIST LAW GROUP, PC

                                          By:  /s/ Sean Ponist
                                          Sean Ponist
                                          Counsel for Defendant California Attorney Lending II, Inc.

### ECF ATTESTATION

I, Alexander G. Tievsky, am the ECF user whose ID and password are being used to file this document. I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated:  August 5, 2022

                                          By:    s/ Alexander G. Tievsky