| Attorney or Party without Attorney:<br>Rafey S. Balabanian (SBN 315962)<br>Edelson PC<br>150 California Street, 18th Floor<br>San Francisco, California 94111<br>Telephone No: (415) 212-9300<br><br>Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
In the United States District Court for the Northern District of California

**Plaintiff:** EDELSON PC, an Illinois professional corporation
**Defendant:** DAVID LIRA, an individual; et al.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:22-cv-03977 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; Order Granting Plaintiff's Administrative Motion to Seal Portions of the Complaint; United States District Court Northern District of California ECF Registration Information; Joint Case Management Statement & Proposed] Order; Consenting to the Jurisdiction of a Magistrate Judge ; Notice of Assignment of Case To a United States Magistrate Judge for Trial; United States District Court Northern District of California Standing Order for Magistrate Judge Sallie Kim (Effective July 11, 2019); Standing Order for All Judges Of the Northern District of California Contents of Joint Case Management Statement

3. a. Party served:     ERIKA GIRARDI a/k/a ERIKA JAYNE, an individual
   b. Person served:    Party in item 3.a.

4. Address where the party was served:   1 World Way, Los Angeles, CA 90045

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Jul 22 2022 (2) at: 11:19 PM

6. **Person Who Served Papers:**
   a. Cathy Jo Garcia (5886 / Los Angeles)
   b. FIRST LEGAL INVESTIGATIONS
      2070 N. TUSTIN AVENUE, 2ND FLOOR
      SANTA ANA, CA 92705
   c. (714) 550-1375

   d. *The Fee* for Service was:

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

08/08/22
(Date)                                                         (Signature)



PROOF OF SERVICE

7432070
(113485)