Walter J. Lack, Esq. (SBN 57550)
Rachel M. Lannen, Esq. (SBN 333701)
**ENGSTROM, LIPSCOMB & LACK**
10100 Santa Monica Boulevard, 12th Floor
Los Angeles, CA 90067-4113
Tel: (310) 552-3800 / Fax: (310) 552-9434

Attorneys for Defendant,
DAVID LIRA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| EDELSON PC, an Illinois professional corporation, | Case No. 3:22-cv-03977-SK |
| Plaintiffs, | |
| v. | **JOINT STIPULATION FOR EXTENSION TO DEFENDANT DAVID LIRA'S ANSWER TO PLAINTIFF'S COMPLAINT** |
| DAVID LIRA, an individual, KEITH GRIFFIN, an individual, ERIKA GIRARDI a/k/a ERIKA JAYNE, an individual, EJ GLOBAL, LLC, a California limited liability company, CHRISTOPHER KAMON, an individual, GEORGE HATCHER, an individual, WRONGFUL DEATH CONSULTANTS, a California corporation, JOSEPH DINARDO, an individual, CALIFORNIA ATTORNEY LENDING II., a New York corporation, | Complaint Filed:     July 6, 2022 |
| Defendants. | |

454093

1

**JOINT STIPULATION**

**TO ALL PARTIES TO THIS ACTION AND THEIR ATTORNEY(S) OF RECORD:**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Defendant DAVID LIRA ("Defendant") may have additional time within which to answer or otherwise respond to Plaintiff EDELSON PC, an Illinois professional corporation ("Plaintiff")'s Complaint, which was filed on July 6, 2022. The last day for Defendant to answer or otherwise respond to Plaintiff's Complaint by this stipulation is September 21, 2022.

**IT IS SO STIPULATED.**

Dated: August 8, 2022                    **EDELSON PC**

By:   /s/ J. Eli Wade-Scott
      J. Eli Wade-Scott
      Attorney for Plaintiff, EDELSON PC

Dated:  August 8, 2022                   **ENGSTROM, LIPSCOMB & LACK**

By:
      Walter J. Lack, Esq.
      Rachel M. Lannen, Esq.
      Attorneys for Defendant, DAVID LIRA

454093                                    2
                            **JOINT STIPULATION**

# PROOF OF SERVICE

STATE OF CALIFORNIA          )
                                                  )
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Boulevard, Suite 1200, Los Angeles, California 90067.

On **August 9, 2022**, the foregoing document described as: "**JOINT STIPULATION FOR EXTENSION TO DEFENDANT DAVID LIRA'S ANSWER TO PLAINTIFF'S COMPLAINT**" has been served on interested party(ies) in this action as follows:

## ** SEE ATTACHED SERVICE LIST **

✓   BY EMAIL/ELECTRONIC TRANSMISSION: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

✓   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **August 8, 2022** at Los Angeles, California.

_____
NORMA ROBLES

---

**PROOF OF SERVICE**

1

2

3

4

## SERVICE LIST

### *EDELSON PC, v. DAVID LIRA et al.*

### Case No. 3:22-cv-03977-SK

| | |
|---|---|
| Rafey S. Balabanian, Esq.<br>**EDELSON PC**<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 212-9300<br>Facsimile: (415) 373-9435<br>Email: rbalabanian@edelson.com | Attorneys for Plaintiff Edelson PC |

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**PROOF OF SERVICE**