Jeff W. Poole (State Bar No. 291783)
jpoole@hamricklaw.com
HAMRICK & EVANS, LLP
2600 West Olive Avenue, Suite 1020
Burbank, California 91505
Telephone No.: (818) 763-5292
Fax No.: (818) 763-2308

Attorneys for
DEFENDANT JOSEPH DINARDO

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| EDELSON PC, an Illinois professional corporation,<br><br>　　　　Plaintiff,<br>　　v.<br><br>DAVID LIRA, et al.,<br><br>　　　　Defendants. | Case No.: 3:22-cv-03977-SK<br><br>(Case assigned to Magistrate Judge Sallie Kim)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed:　July 6, 2022 |

**IT IS HEREBY STIPULATED AND AGREED** by and between undersigned counsel for Defendant Joseph Dinardo ("Dinardo") and Plaintiff Edelson PC that Dinardo's time to answer, respond, or otherwise move with respect to the Complaint is extended up to and including September 21, 2022.

**IT IS SO STIPULATED:**

DATED: August 16, 2022                     EDELSON PC

*/s/ Alexander G. Tievsky*
Alexander G. Tievsky (*pro hac vice*)
atievsky@edelson.com
EDELSON PC
350 N LaSalle Street, 14th Floor
Chicago, IL 60654
Tel. (312) 589-6379

Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, CA 94111
Tel. (415) 212-9300

Attorneys for Plaintiff Edelson PC

HAMRICK & EVANS LLP

*/s/ Jeff W. Poole*
Jeff W. Poole, Esq.
Attorney for Defendant Joseph Dinardo

### ECF ATTESTATION

I, Jeff W. Poole, attest that all signatories listed above, and on whose behalf this Stipulation is submitted, have concurred in and authorized the filing of this Stipulation.

*/s/ Jeff W. Poole*
Jeff W. Poole, Esq.