1 | EVAN C. BORGES, State Bar No. 128706
   |   EBorges@GGTrialLaw.com
2 | GREENBERG GROSS LLP
   | 650 Town Center Drive, Suite 1700
3 | Costa Mesa, California 92626
   | Telephone: (949) 383-2800
4 | Facsimile: (949) 383-2801

5 | Attorneys for Defendants Erika Girardi and EJ Global, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| EDELSON PC, an Illinois professional corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID LIRA, an individual, KEITH GRIFFIN, an individual, ERIKA GIRARDI a/k/a ERIKA JAYNE, an individual, EJ GLOBAL, LLC, a California limited liability company, CHRISTOPHER KAMON, an individual, GEORGE HATCHER, an individual, WRONGFUL DEATH CONSULTANTS, a California corporation, JOSEPH DINARDO, an individual, CALIFORNIA ATTORNEY LENDING II, INC., a New York corporation,<br><br>　　　　　Defendants. | Case No. 3:22-cv-03977-SK<br><br>**STIPULATION REGARDING EXTENSION FOR DEFENDANTS ERIKA GIRARDI AND EJ GLOBAL LLC TO RESPOND TO COMPLAINT, PURSUANT TO L.R. 6-1**<br><br>Complaint Filed:　　　July 6, 2022<br>Current Response Date:　September 2, 2022<br>New Response Date:　　September 21, 2022<br><br>Hon. Sallie Kim<br><br>Trial Date:　　None Set |

Case No. 3:22-cv-03977-SK
STIPULATION RE EXTENSION FOR DEFENDANTS ERIKA GIRARDI AND EJ GLOBAL LLC TO RESPOND TO COMPLAINT

This Stipulation Regarding Extension of Time for Defendants Erika Girardi and EJ Global LLC to Respond to Complaint, Pursuant to Local Rule 6-1 (the "Stipulation") is entered into by and between plaintiff Edelson PC, an Illinois corporation ("Plaintiff") and defendants Erika Girardi ("Ms. Girardi") and EJ Global, LLC ("EJ Global") (collectively with Plaintiff, the "Parties"), by and through their counsel of record, based on the following facts:

1. Plaintiff filed the Complaint in this matter on July 6, 2022, in the United States District Court, Northern District of California (Dkt. 1), and the case was assigned to Magistrate Judge Sallie Kim (Dkt. 7).

2. On July 22, 2022, Plaintiffs caused Ms. Girardi and EJ Global to be personally served with the Summons and Complaint.

3. Pursuant to Federal Rule of Civil Procedure 12(a), the responses of Ms. Girardi and EJ Global to the Complaint are currently due on or before August 12, 2022.

4. The Parties met and conferred on August 22, 2022, and based on the request of counsel for Ms. Girardi and EJ Global, have agreed that Ms. Girardi and EJ Global may have a further 19- day extension of time, up to and including September 21, 2022, to answer, move, or otherwise respond to the Complaint.

5. The Parties agree that the requested extension will not affect or interfere with any other pending deadlines in this case, and that therefore, the extension may be granted by way of this Stipulation without an order of the Court.

NOW, THEREFORE, based on the foregoing, the Parties hereby stipulate and agree that the time of Ms. Girardi and EJ Global to respond to the Complaint is extended up to and including September 21, 2022.

IT IS SO STIPULATED.

DATED: August 23, 2022                    EDELSON PC


                                          By:    /s/ J. Eli Wade-Scott
                                                 J. Eli Wade-Scott
                                                 Attorney for Plaintiff Edelson PC (pro hac vice)

DATED: August 23, 2022                    GREENBERG GROSS LLP

By: */s/ Evan C. Borges*
Evan C. Borges
Attorneys for Defendants Erika Girardi and EJ Global, LLC

I attest that all signatories listed above, and on whose behalf this Stipulation is submitted, have concurred in and authorized the filing of this Stipulation.

*/s/ Evan C. Borges*
Evan C. Borges

# PROOF OF SERVICE

**Edelson PC v. David Lira, et al.**
**Case No. 3:22-cv-03977-SK**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, Suite 1700, Costa Mesa, CA 92626.

On August 23, 2022, I served true copies of the following document(s) described as **STIPULATION REGARDING EXTENSION FOR DEFENDANTS ERIKA GIRARDI AND EJ GLOBAL LLC TO RESPOND TO COMPLAINT, PURSUANT TO L.R. 6-1** on the interested parties in this action as follows:

- **Rafey Sarkis Balabanian**
  rbalabanian@edelson.com,5926930420@filings.docketbird.com,docket@edelson.com

- **Evan Christopher Borges**
  eborges@ggtriallaw.com,cwinsten@ggtriallaw.com

- **William E Brueckner , III**
  wbrueckner@woodsoviatt.com,morlando@woodsoviatt.com

- **Jay Edelson**
  jedelson@edelson.com,docket@edelson.com,5923412420@filings.docketbird.com

- **Rachel Marilyn Lannen**
  rlannen@elllaw.com

- **Sean Eric Ponist**
  sponist@ponistlaw.com,gschneider@ponistlaw.com

- **Jeff Wiley Poole**
  jpoole@hamricklaw.com,secretary2@hamricklaw.com,sjustice@hamricklaw.com,hmartindale@hamricklaw.com

- **William F. Savino**
  wsavino@woodsoviatt.com,lherald@woodsoviatt.com

- **Richard M. Scherer , Jr**
  rscherer@lippes.com

- **Alexander Glenn Tievsky**
  atievsky@edelson.com,docket@edelson.com,3500078420@filings.docketbird.com

- **J. Eli Wade-Scott**
  ewadescott@edelson.com,6967687420@filings.docketbird.com,docket@edelson.com

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

1  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this
2  Court at whose direction the service was made.
3  Executed on August 23, 2022, at Costa Mesa, California.

_____
Cheryl Winsten