Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

*Counsel for Plaintiff*

*[Additional counsel listed on signature page]*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| EDELSON PC, an Illinois professional corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>DAVID LIRA, an individual, KEITH GRIFFIN, an individual, ERIKA GIRARDI a/k/a ERIKA JAYNE, an individual, EJ GLOBAL, LLC, a California limited liability company, CHRISTOPHER KAMON, an individual, GEORGE HATCHER, an individual, WRONGFUL DEATH CONSULTANTS, a California corporation, JOSEPH DINARDO, an individual, CALIFORNIA ATTORNEY LENDING II, INC., a New York corporation,<br><br>*Defendants.* | Case No.: 3:22-cv-03977-SK<br><br>**PLAINTIFF EDELSON PC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15.** |

Plaintiff Edelson PC has no parent corporation, and no publicly held corporation holds ten percent or more of its stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that, in addition to the named parties, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

The following persons or entities have a financial interest in the subject matter in controversy because they directly or indirectly hold a future interest in a judgment entered in this matter:

1. Bias Ramadhan A.S. Bin Misyadi;[1]
2. Guntur Idil Akbar Bin Misyadi;
3. Dzikri Agung Haryadi;
4. Hana Kamila Chairunnisa Binti Misyadi;
5. Dian Daniaty Binti Uidn Zaenudin and her minor child M.N;
6. Anice Kasim, and her minor children T.A.S. and S.C.S;
7. Zahra Amanda;
8. Elza Warti;
9. Multi Rizki;
10. Westhi Ramadina;
11. Mugni Rifki;
12. Muhammad Nur Fuadi;
13. M. Nuran Tk. Mudo;
14. Septiana Damayanti, and her minor children N.I.R. and A.M.Q;
15. Hudson Property & Casualty;
16. Wisner Law Firm.

The following entities have a non-financial interest in the subject matter in controversy that could be substantially affected by the outcome of this proceeding because issues that may be the subject of testimony in this matter have been referred to them for investigation and potential prosecution:

17. United States of America;
18. State Bar of California.

---

[1] Note that second names in Indonesia are not family names. The first name listed is their personal name.

| | |
|---|---|
| | Respectfully Submitted, |
| Dated: September 2, 2022 | By: /s/ Alexander G. Tievsky<br>*One of Plaintiff's Attorneys* |
| | Rafey S. Balabanian (SBN 315962)<br>rbalabanian@edelson.com<br>EDELSON PC<br>150 California Street, 18th Floor<br>San Francisco, California 94111<br>Tel: 415.212.9300<br>Fax: 415.373.9435 |
| | Jay Edelson (*pro hac vice*)<br>jedelson@edelson.com<br>J. Eli Wade-Scott (*pro hac vice*)<br>ewadescott@edelson.com<br>Alexander G. Tievsky (*pro hac vice*)<br>atievsky@edelson.com<br>EDELSON PC<br>350 North LaSalle Street, 14th Floor<br>Chicago, Illinois 60654<br>Tel: 312.589.6370<br>Fax: 312.589.6378 |