# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| EDELSON PC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:22-cv-03977-SK |
| DAVID LIRA, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Erika Girardi and EJ Global, LLC.

Date: 09/23/2022

*Attorney's signature*

David T. Shackelford (Bar No. 318149)
*Printed name and bar number*

GREENBERG GROSS LLP
650 Town Center Drive, Suite 1700
Costa Mesa, CA 92626
*Address*

dshackelford@ggtriallaw.com
*E-mail address*

(213) 334-7000
*Telephone number*

(213) 334-7001
*FAX number*

**PROOF OF SERVICE**

**Edelson PC v. David Lira, et al.**
**Case No. 3:22-cv-03977-SK**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, Suite 1700, Costa Mesa, CA 92626.

On September 23, 2022, I served true copies of the following document(s) described as **APPEARANCE OF COUNSEL** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 23, 2022, at Costa Mesa, California.

Cheryl Winsten

**SERVICE LIST**
**Edelson PC v. David Lira, et al.**
**Case No. 3:22-cv-03977-SK**

| | |
|---|---|
| Rafey S. Balabanian, Esq.<br>EDELSON PC<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 212-9300<br>Facsimile: (415) 373-9435<br>Email: rbalabanian@edelson.com | Attorneys for Plaintiff Edelson PC |
| Alexander Glenn Tievsky<br>J. Eli Wade- Scott<br>Jay Edelson<br>Edelson PC<br>350 North LaSalle, 14th Floor<br>Chicago, IL 60654<br>Email: atievsky@edelson.com<br>Email: ewadescott@edelson.com | Attorneys for Plaintiff Edelson PC |
| Walter J. Lack, Esq.<br>Rachel M. Lannen, Esq.<br>ENGSTROM, LIPSCOMB & LACK<br>10100 Santa Monica Boulevard, 12th Floor<br>Los Angeles, CA 90067-4113<br>Tel: (310) 552-3800<br>Fax: (310) 552-9434<br>Email: wlack@elllaw.com<br>Email: rlannen@elllaw.com | Attorneys for Defendant David Lira |
| Jeff Wiley Poole<br>Hamrick & Evans LLP<br>2600 West Olive Avenue, Suite 1020<br>Burbank, CA 91505<br>Email: jpoole@hamricklaw.com | Attorneys for Defendant Joseph DiNardo |
| Richard M. Scherer, Jr.<br>Lippes Mathias Wexler Friedman LLP<br>50 Fountain Plaza, Suite 1700<br>Buffalo, NY 14202<br>Email: rscherer@lippes.com | Attorneys for Defendant Joseph DiNardo |
| Anthony L. Lanza<br>Brodie H. Smith<br>LANZA & SMITH<br>A Professional Law Corporation<br>3 Park Plaza, Suite 1650<br>Irvine, California 92614-8540<br>Email: tony@lanzasmith.com<br>Email: brodie@lanzasmith.com | Attorneys for Defendants George Hatcher &<br>Wrongful Death Consultants |

| | |
|---|---|
| Sean Eric Ponist<br>Ponist Law Group, P.C.<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>Email: sponist@ponistlaw.com | Attorneys for Defendant California Attorney Lending II, Inc. |
| William F. Savino<br>Woods Oviatt Gilman LLP<br>1900 Main Place Tower<br>350 Main Street<br>Buffalo, NY 14202<br>Email: wsavino@woodsoviatt.com | Attorneys for Defendant California Attorney Lending II, Inc. |
| William E Brueckner, III<br>Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, NY 14604<br>Email: wbrueckner@woodsoviatt.com | Attorneys for Defendant California Attorney Lending II, Inc. |

The following are those who are currently on the list to receive ECF notices for this case.

- **Rafey Sarkis Balabanian**
  rbalabanian@edelson.com,5926930420@filings.docketbird.com,docket@edelson.com

- **Evan Christopher Borges**
  eborges@ggtriallaw.com,cwinsten@ggtriallaw.com

- **William E Brueckner, III**
  wbrueckner@woodsoviatt.com,morlando@woodsoviatt.com

- **Jay Edelson**
  jedelson@edelson.com,docket@edelson.com,5923412420@filings.docketbird.com

- **Rachel Marilyn Lannen**
  rlannen@elllaw.com

- **Anthony Lawrence Lanza**
  tony@lanzasmith.com,Leona@LanzaSmith.com

- **Sean Eric Ponist**
  sponist@ponistlaw.com,syu@ponistlaw.com

- **Jeff Wiley Poole**
  jpoole@hamricklaw.com,secretary2@hamricklaw.com,sjustice@hamricklaw.com,hmartindale@hamricklaw.com

- **Ryan Donald Saba**
  rsaba@rosensaba.com,dsanchez@rosensaba.com

- **William F. Savino**
  wsavino@woodsoviatt.com,lherald@woodsoviatt.com

APPEARANCE OF COUNSEL

- **Richard M. Scherer , Jr**
  rscherer@lippes.com

- **Brodie Hugh Smith**
  brodie@lanzasmith.com

- **Alexander Glenn Tievsky**
  atievsky@edelson.com,docket@edelson.com,3500078420@filings.docketbird.com

- **J. Eli Wade-Scott**
  ewadescott@edelson.com,6967687420@filings.docketbird.com,docket@edelson.com