AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| EDELSON PC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:22-cv-03977-SK |
| DAVID LIRA, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Erika Girardi and EJ Global, LLC.

Date: 09/23/2022

*Attorney's signature*

Amir A. Shakoorian (Bar No. 324442)
*Printed name and bar number*

GREENBERG GROSS LLP
650 Town Center Drive, Suite 1700
Costa Mesa, CA 92626
*Address*

ashakoorian@ggtriallaw.com
*E-mail address*

(213) 334-7000
*Telephone number*

(213) 334-7001
*FAX number*

**PROOF OF SERVICE**

**Edelson PC v. David Lira, et al.**
**Case No. 3:22-cv-03977-SK**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, Suite 1700, Costa Mesa, CA 92626.

On September 23, 2022, I served true copies of the following document(s) described as **APPEARANCE OF COUNSEL** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 23, 2022, at Costa Mesa, California.

*/s/ Cheryl Winsten*
Cheryl Winsten

**SERVICE LIST**
**Edelson PC v. David Lira, et al.**
**Case No. 3:22-cv-03977-SK**

| | |
|---|---|
| Rafey S. Balabanian, Esq.<br>EDELSON PC<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 212-9300<br>Facsimile: (415) 373-9435<br>Email: rbalabanian@edelson.com | Attorneys for Plaintiff Edelson PC |
| Alexander Glenn Tievsky<br>J. Eli Wade- Scott<br>Jay Edelson<br>Edelson PC<br>350 North LaSalle, 14th Floor<br>Chicago, IL 60654<br>Email: atievsky@edelson.com<br>Email: ewadescott@edelson.com | Attorneys for Plaintiff Edelson PC |
| Walter J. Lack, Esq.<br>Rachel M. Lannen, Esq.<br>ENGSTROM, LIPSCOMB & LACK<br>10100 Santa Monica Boulevard, 12th Floor<br>Los Angeles, CA 90067-4113<br>Tel: (310) 552-3800<br>Fax: (310) 552-9434<br>Email: wlack@elllaw.com<br>Email: rlannen@elllaw.com | Attorneys for Defendant David Lira |
| Jeff Wiley Poole<br>Hamrick & Evans LLP<br>2600 West Olive Avenue, Suite 1020<br>Burbank, CA 91505<br>Email: jpoole@hamricklaw.com | Attorneys for Defendant Joseph DiNardo |
| Richard M. Scherer, Jr.<br>Lippes Mathias Wexler Friedman LLP<br>50 Fountain Plaza, Suite 1700<br>Buffalo, NY 14202<br>Email: rscherer@lippes.com | Attorneys for Defendant Joseph DiNardo |
| Anthony L. Lanza<br>Brodie H. Smith<br>LANZA & SMITH<br>A Professional Law Corporation<br>3 Park Plaza, Suite 1650<br>Irvine, California 92614-8540<br>Email: tony@lanzasmith.com<br>Email: brodie@lanzasmith.com | Attorneys for Defendants George Hatcher &<br>Wrongful Death Consultants |

| | | |
|---|---|---|
| 1 | Sean Eric Ponist<br>Ponist Law Group, P.C. | Attorneys for Defendant California Attorney Lending II, Inc. |
| 2 | 100 Pine Street, Suite 1250<br>San Francisco, CA 94111 | |
| 3 | Email: sponist@ponistlaw.com | |
| 4 | William F. Savino<br>Woods Oviatt Gilman LLP | Attorneys for Defendant California Attorney Lending II, Inc. |
| 5 | 1900 Main Place Tower<br>350 Main Street | |
| 6 | Buffalo, NY 14202<br>Email: wsavino@woodsoviatt.com | |
| 7 | | |
| 8 | William E Brueckner, III<br>Woods Oviatt Gilman LLP | Attorneys for Defendant California Attorney Lending II, Inc. |
| 9 | 1900 Bausch & Lomb Place<br>Rochester, NY 14604 | |
| 10 | Email: wbrueckner@woodsoviatt.com | |

The following are those who are currently on the list to receive ECF notices for this case.

- **Rafey Sarkis Balabanian**
  rbalabanian@edelson.com,5926930420@filings.docketbird.com,docket@edelson.com

- **Evan Christopher Borges**
  eborges@ggtriallaw.com,cwinsten@ggtriallaw.com

- **William E Brueckner, III**
  wbrueckner@woodsoviatt.com,morlando@woodsoviatt.com

- **Jay Edelson**
  jedelson@edelson.com,docket@edelson.com,5923412420@filings.docketbird.com

- **Rachel Marilyn Lannen**
  rlannen@elllaw.com

- **Anthony Lawrence Lanza**
  tony@lanzasmith.com,Leona@LanzaSmith.com

- **Sean Eric Ponist**
  sponist@ponistlaw.com,syu@ponistlaw.com

- **Jeff Wiley Poole**
  jpoole@hamricklaw.com,secretary2@hamricklaw.com,sjustice@hamricklaw.com,hmartindale@hamricklaw.com

- **Ryan Donald Saba**
  rsaba@rosensaba.com,dsanchez@rosensaba.com

- **William F. Savino**
  wsavino@woodsoviatt.com,lherald@woodsoviatt.com

- **Richard M. Scherer , Jr**
  rscherer@lippes.com

- **Brodie Hugh Smith**
  brodie@lanzasmith.com

- **Alexander Glenn Tievsky**
  atievsky@edelson.com,docket@edelson.com,3500078420@filings.docketbird.com

- **J. Eli Wade-Scott**
  ewadescott@edelson.com,6967687420@filings.docketbird.com,docket@edelson.com