UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDELSON PC,<br><br>        Plaintiff,<br><br>   v.<br><br>DAVID LIRA, et al.,<br><br>        Defendants. | Case No. 22-cv-03977-JSC<br><br>**CLERK'S NOTICE RESETTING MOTION HEARING DATE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT this case has been reassigned to Judge Corley. The hearing on the pending motions (Dkt. Nos 41, 43, 47, 49, 54, 55, 58, 60, and 61) is rescheduled to **December 1, 2022**, **at 10:00 a.m.**, before Judge Jacqueline Scott Corley, in Courtroom 8, 19th Floor in San Francisco. Pursuant to L.R. 7-7(d), the briefing schedule will remain the same.

Any party requesting a continuance shall submit a stipulation and proposed order. For a copy of Judge Corley's Standing Order and other information, please refer to the Court's website at www.cand.uscourts.gov.

Dated: September 28, 2022

                                            Mark B. Busby
                                            Clerk, United States District Court

                                            By: _____
                                            Ada Means, Deputy Clerk to the
                                            Honorable JACQUELINE SCOTT CORLEY