Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300/Fax: 415.373.9435

*Counsel for Plaintiff Edelson PC*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| EDELSON PC, an Illinois professional corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>DAVID LIRA, an individual, KEITH GRIFFIN, an individual, ERIKA GIRARDI a/k/a ERIKA JAYNE, an individual, EJ GLOBAL, LLC, a California limited liability company, CHRISTOPHER KAMON, an individual, GEORGE HATCHER, an individual, WRONGFUL DEATH CONSULTANTS, a California corporation, JOSEPH DINARDO, an individual, CALIFORNIA ATTORNEY LENDING II, INC., a New York corporation,<br><br>*Defendants.* | Case No.: 3:22-cv-03977-JSC<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE ON PENDING MOTIONS; [PROPOSED] ORDER**<br><br>Hon. Jacqueline Scott Corley |

Pursuant to Civil Local Rule 6–2, the affected undersigned Parties stipulate as follows to amend the briefing schedule set by Civil Local Rule 7–3 on the pending venue-related and merits motions:

1. Defendants David Lira, Keith Griffin, Erika Girardi, EJ Global, George Hatcher, Wrongful Death Consultants, Joseph Dinardo, and California Attorney Lending II, Inc. have filed various motions pertaining to venue and the merits of the case. (*See* Dkts. 41, 43, 47, 49, 54, 55, 58, 60, 61.)

2. Plaintiff Edelson PC and those Defendants agree and stipulate that the briefing schedule on these motions should be set as follows:

   a. Responses to the motions related to venue shall be no later than November 10, 2022. (Dkt. 41; Dkt. 43 (incorporating arguments in Dkt. 41); Dkt. 47; Dkt. 54; Dkt. 55 (in part); Dkt. 61.) (Some motions contain arguments on both venue and merits, the briefing shall concern venue issues only.) Replies shall be due no later than November 17, 2022. The hearing presently set for December 1, 2022 at 10:00 a.m. shall be on the motions as they concern venue.

   b. Responses to the motions related to merits shall be no later than November 23, 2022. (*See* Dkt. 41 (incorporating arguments in Dkt. 43); Dkt. 43; Dkt. 49; Dkt. 55 (in part); Dkt. 58; Dkt. 60.) Replies shall be due no later than December 8, 2022. The Parties request a hearing date of December 22, 2022 at 9:00 a.m. or at any other date or time as convenient to the Court.

3. As set forth in the attached Declaration, the requested extension will allow the Parties sufficient time to respond and reply in light of the volume and complexity of the motion practice at issue, prior extensions have only been to extend time for initial responsive pleadings pursuant to Rule 6–1, and the extension will not affect any existing case schedule.

**IT IS SO STIPULATED AND AGREED:**

Dated: September 28, 2022     **EDELSON PC**

By: /s/ J. Eli Wade-Scott

Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300/Fax: 415.373.9435

Jay Edelson (*pro hac vice*)
jedelson@edelson.com
J. Eli Wade-Scott (*pro hac vice*)
ewadescott@edelson.com
Alexander G. Tievsky (*pro hac vice*)
atievsky@edelson.com
EDELSON PC

---

STIPULATION TO EXTEND BRIEFING
SCHEDULE ON PENDING MOTIONS          2          Case No. 3:22-cv-03977-JSC

|   |   |
|---|---|
|   | 350 North LaSalle, 14th Floor<br>Chicago, Illinois 60654<br>Tel: 312.589.6370<br>Fax: 312.589.6378 |
|   | *Counsel for Plaintiff Edelson PC* |
| Dated: September 28, 2022 | **DAVID LIRA** |
|   | By: /s/ Rachel M. Lannen |
|   | Walter J. Lack, Esq. (SBN 57550)<br>Rachel M. Lannen, Esq. (SBN 333701)<br>ENGSTROM, LIPSCOMB & LACK<br>10100 Santa Monica Boulevard, 12th Floor<br>Los Angeles, CA 90067-4113<br>Tel: (310) 552-3800/Fax:(310) 552-943 |
|   | *Counsel for David Lira* |
| Dated: September 28, 2022 | **KEITH GRIFFIN** |
|   | By: /s/ Ryan D. Saba |
|   | Ryan D. Saba (SBN192370)<br>rsaba@rosensaba.com<br>ROSEN SABA<br>2301 Rosecrans Ave., Suite 3180<br>El Segundo, CA 90245<br>Telephone: (310) 285-1727/Fax: (310) 285-1728 |
|   | *Counsel for Keith Griffin* |
| Dated: September 28, 2022 | **ERIKA GIRARDI and EJ GLOBAL, LLC** |
|   | By: /s/ Evan C. Borges |
|   | Evan C. Borges (SBN 128706)<br>EBorges@GGTrialLaw.com<br>GREENBERG GROSS LLP<br>650 Town Center Drive, Suite 1700<br>Costa Mesa, California 92626<br>Telephone: (949) 383-2800/Fax: (949) 383-2801 |
|   | *Counsel for Erika Girardi and EJ Global, LLC* |
| Dated: September 28, 2022 | **GEORGE HATCHER and WRONGFUL DEATH CONSULTANTS LLC** |

|   |   |
|---|---|
|   | By: /s/ Anthony L. Lanza |
|   | Anthony L. Lanza (SBN 156703)<br>Brodie H. Smith (SBN 221877)<br>LANZA & SMITH, A PROFESSIONAL LAW CORPORATION<br>3 Park Plaza, Suite 1650<br>Irvine, California 92614-8540<br>Telephone (949) 221-0490<br>tony@lanzasmith.com<br>brodie@lanzasmith.com |
|   | *Counsel for George Hatcher and Wrongful Death Consultants LLC* |
| Dated: September 28, 2022 | **JOSEPH DINARDO** |
|   | By: /s/ Richard M. Scherer, Jr. |
|   | Richard M. Scherer, Jr., Esq. (pro hac vice)<br>LIPPES MATHIAS LLP<br>50 Fountain Plaza, Suite 1700<br>Buffalo, New York 14202<br>Telephone: (716) 853-5100<br>Facsimile: (716) 853-5199<br>Email: rscherer@lippes.com |
|   | Jeff W. Poole, Esq. (SBN 291783)<br>HAMRICK & EVANS, LLP<br>2600 West Olive Avenue, Suite 1020<br>Burbank, California 91505<br>Telephone: (818) 763-5292<br>Facsimile: (818) 763-2308<br>Email: jpoole@hamricklaw.com |
|   | *Counsel for Joseph DiNardo* |
| Dated: September 28, 2022 | **CALIFORNIA ATTORNEY LENDING II** |
|   | By: /s/ William E. Brueckner |
|   | William F. Savino (admitted pro hac vice)<br>William E. Brueckner (admitted pro hac vice)<br>WOODS OVIATT GILMAN LLP<br>1900 Main Place Tower<br>350 Main Street<br>Buffalo, New York 14202<br>716.248.3200<br>wsavino@woodsoviatt.com |

STIPULATION TO EXTEND BRIEFING SCHEDULE ON PENDING MOTIONS                4                Case No. 3:22-cv-03977-JSC

wbrueckner@woodsoviatt.com

Sean E. Ponist (SBN 204712)
Cary D. McReynolds (SBN 191112)
Samantha Yu (SBN 371119)
PONIST LAW GROUP
100 Pine Street, Suite 1250
San Francisco, California 94111
415.798.2222
sponist@ponistlaw.com
cmcreynolds@ponistlaw.com
syu@ponistlaw.com

*Counsel for Defendant California Attorney Lending II, Inc.*

### ECF ATTESTATION

I, J. Eli Wade-Scott, am the ECF user whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated:  September 28, 2022

By:   /s/ J. Eli Wade-Scott

# [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the briefing schedule on the motions filed at Dkts. 41, 43, 47, 49, 54, 55, 58, 60, 61 is amended as follows:

1. Responses to the motions as they relate to venue shall be no later than November 10, 2022. (Dkt. 41; Dkt. 43 (incorporating arguments in Dkt. 41); Dkt. 47; Dkt. 54; Dkt. 55 (in part); Dkt. 61.) Where a motion contains arguments concerning both venue and merits, this deadline pertains to venue issues only. Replies shall be due no later than November 17, 2022. The hearing presently set for December 1, 2022 at 10:00 a.m. shall be on the motions as they concern venue.

2. Responses to the motions related to merits shall be no later than November 23, 2022. (Dkt. 41 (incorporating arguments in Dkt. 43); Dkt. 43; Dkt. 49; Dkt. 55 (in part); Dkt. 58; Dkt. 60.) Replies shall be due no later than December 8, 2022. Hearing shall be set on the motions as they relate to the merits on [December 22, 2022 at 9:00 a.m.].

Dated: September 30, 2022

*Jacqueline Scott Corley*
Honorable Jacqueline Scott Corley
United States District Court Judge