Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300/Fax: 415.373.9435

*Counsel for Plaintiff Edelson PC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| EDELSON PC, an Illinois professional corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>DAVID LIRA, an individual, KEITH GRIFFIN, an individual, ERIKA GIRARDI a/k/a ERIKA JAYNE, an individual, EJ GLOBAL, LLC, a California limited liability company, CHRISTOPHER KAMON, an individual, GEORGE HATCHER, an individual, WRONGFUL DEATH CONSULTANTS, a California corporation, JOSEPH DINARDO, an individual, CALIFORNIA ATTORNEY LENDING II, INC., a New York corporation,<br><br>*Defendants.* | Case No.: 3:22-cv-03977-JSC<br><br>[~~PROPOSED~~] **ORDER ON MOTION TO EXTEND TIME PERIOD FOR SERVICE ON CHRISTOPHER KAMON**<br><br>Hon. Jacqueline Scott Corley |

Plaintiff Edelson PC's Motion to Extend Time for Service on Christopher Kamon is granted. Good cause exists to extend the time for Plaintiff to serve process under Federal Rule of Civil Procedure 4(m), and an extension of sixty (60) days is appropriate.

**IT IS THEREFORE ORDERED** that the time for service on Christopher Kamon is extend by sixty (60) days to December 5, 2022.

Dated: October 5, 2022

_____
Hon. Jacqueline Scott Corley
United States District Judge