UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## Request for Photocopies

Name / Prisoner Number: Anthony Mack C90604
Current Address: P.O. Box 1050 - S.V.S.P.
Soledad, CA 93960

### STEP ONE
**Describe exactly what documents you are requesting and agree to pay $0.50 per page:**

Case Name: J. Edelson PC v. Lira et al
Case Number: 3:22-cv-03977-SK

Document(s) Requested: | *To be Completed by Clerk*

*Please note Document Name and, if known, Docket Number* Text | Page Length   Cost

1. Complaint For - w/civil cover sheet "1"
2. Filed 07/06/2022
3.
4.
5.

I am requesting photocopies of the above-named document(s) from the above-named case. I agree to pay the cost of $ 0.50 per page.

Signature: Anthony Mack    Date: Sept 30, 2022

### STEP TWO
**Mail this form, with the above information complete, to the Clerk. Be sure to sign above where indicated.** The Clerk will then calculate the amount you must pay in order to receive the requested documents and will mail this form back to you noting the page length and cost information for each document.

### STEP THREE
After the Clerk has returned this form to you, 1) indicate below which document(s), at cost listed above, you would like copied; 2) sign below; 3) enclose a check or money order made out to **"Clerk of Court USDC"**; and 4) mail to: **Office of the Clerk, U.S. District Court, 450 Golden Gate Avenue, San Francisco, CA 94102.**

Enclosed please find a check or money order in the amount of $_____ for the following document(s) from the above list (indicate document number):_____

Final Signature: _____    Date: _____
*Do Not Sign Here Until Clerk Has Provided Total Cost*