Richard M. Scherer, Jr., Esq. (*pro hac vice*)
LIPPES MATHIAS LLP
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
Telephone: (716) 853-5100
Facsimile: (716) 853-5199
Email: rscherer@lippes.com

Jeff W. Poole, Esq. (SBN 291783)
HAMRICK & EVANS, LLP
2600 West Olive Avenue, Suite 1020
Burbank, California 91505
Telephone: (818) 763-5292
Facsimile: (818) 763-2308
Email: jpoole@hamricklaw.com

*Attorneys for Defendant Joseph DiNardo*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| EDELSON PC, an Illinois Professional Corporation,<br><br>　　　　　Plaintiff,<br>　　v.<br>DAVID LIRA, an individual,<br>KEITH GRIFFIN, an individual,<br>ERIKA GIRARDI a/k/a ERIKA JANE, an individual,<br>EJ GLOBAL LLC, a California limited liability company,<br>CHRISTOPHER KAMON, an individual,<br>GEORGE HATCHER, an individual,<br>WRONGFUL DEATH CONSULTANTS, a California corporation,<br>JOSEPH DINARDO, an individual,<br>CALIFORNIA ATTORNEY LENDING, II, INC., a New York corporation,<br><br>　　　　　Defendants. | Case No.: 3:22-cv-03977-JSC<br><br>Hon. Jacqueline Scott Corley<br><br>**STIPULATION TO HAVE PENDING MOTIONS TO DISMISS HEARD ON THE COURT'S ZOOM CALENDAR**<br><br>Complaint Filed: July 6, 2022<br>Motion Dates: December 1, 2022 and December 22, 2022 |

Pursuant to Civil Local Rule 7-12 and Your Honor's Civil Motion Rules, effective September 29, 2022, the affected undersigned Parties stipulate as follows to have the various motions scheduled to be heard on December 1, 2022 and December 22, 2022 to be placed on Your Honor's Zoom calendar. In support of this stipulation, the parties state as follows:

1. Defendants David Lira, Keith Griffin, Erika Girardi, EJ Global, George Hatcher, Wrongful Death Consultants, Joseph Dinardo, and California Attorney Lending II, Inc. have filed various motions pertaining to venue and the merits of the case. (*See* Dkts. 41, 43, 47, 49, 54, 55, 58, 60, 61.)

2. Pursuant to the parties' stipulation (Dkt. 75) and the Court's September 30, 2022 Order (Dkt. 77), the issues pertaining to venue are set for a hearing on December 1, 2022 at 10:00 a.m. and the issues relating to the merits of the case are set for a hearing on December 22, 2022 at 10:00 a.m.

3. Plaintiff Edelson PC and those Defendants agree and stipulate that the hearings scheduled for December 1, 2022 and December 22, 2022 be placed on the Your Honor's Zoom calendar as follows:

   a. The hearing presently set for December 1, 2022 at 10:00 a.m. shall be set for December 1, 2022 at 9:00 a.m.

   b. The hearing presently set for December 22, 2022 at 10:00 a.m. shall be set for December 22, 2022 at 9:00 a.m.

Dated: November 8, 2022                             **JOSEPH DINARDO**

By: */s/ Richard M. Scherer, Jr.*
Richard M. Scherer, Jr., Esq. (pro hac vice)
LIPPES MATHIAS LLP
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
Telephone: (716) 853-5100
Facsimile: (716) 853-5199
Email: rscherer@lippes.com

Jeff W. Poole, Esq. (SBN 291783)
HAMRICK & EVANS, LLP
2600 West Olive Avenue, Suite 1020
Burbank, California 91505
Telephone: (818) 763-5292
Facsimile: (818) 763-2308
Email: jpoole@hamricklaw.com

|   |   |   |
|---|---|---|
| 1 |  | *Counsel for Joseph DiNardo* |
| 2 |  |  |
| 3 | Dated: November 8, 2022 | **DAVID LIRA** |
| 4 |  |  |
| 5 |  | By: */s/ Rachel M. Lannen*<br>Walter J. Lack, Esq. (SBN 57550) |
| 6 |  | Rachel M. Lannen, Esq. (SBN 333701)<br>ENGSTROM, LIPSCOMB & LACK |
| 7 |  | 10100 Santa Monica Boulevard, 12th Floor<br>Los Angeles, CA 90067-4113 |
| 8 |  | Telephone: (310) 552-3800<br>Facsimile: (310) 552-943 |
| 9 |  | Email: rlannen@elllaw.com |
| 10 |  | *Counsel for David Lira* |
| 11 |  |  |
| 12 | Dated: November 8, 2022 | **KEITH GRIFFIN** |
| 13 |  | By: */s/ Ryan D. Saba* |
| 14 |  | Ryan D. Saba (SBN192370)<br>ROSEN SABA |
| 15 |  | 2301 Rosecrans Ave., Suite 3180<br>El Segundo, CA 90245 |
| 16 |  | Telephone: (310) 285-1727<br>Facsimile: (310) 285-1728 |
| 17 |  | Email: rsaba@rosensaba.com |
| 18 |  | *Counsel for Keith Griffin* |
| 19 |  |  |
| 20 | Dated: November 8, 2022 | **ERIKA GIRARDI and**<br>**EJ GLOBAL, LLC** |
| 21 |  |  |
| 22 |  | By: */s/ Evan C. Borges*<br>Evan C. Borges (SBN 128706) |
| 23 |  | GREENBERG GROSS LLP<br>650 Town Center Drive, Suite 1700 |
| 24 |  | Costa Mesa, California 92626<br>Telephone: (949) 383-2800 |
| 25 |  | Facsimile: (949) 383-2801<br>Email: eborges@ggtriallaw.com |
| 26 |  |  |
| 27 |  | *Counsel for Erika Girardi and*<br>*EJ Global, LLC* |
| 28 |  |  |

| | | |
|---|---|---|
| 1 | Dated: November 8, 2022 | **GEORGE HATCHER and WRONGFUL DEATH CONSULTANTS LLC** |
| 2 | | |
| 3 | | By: */s/ Brodie H. Smith* |
| | | Brodie H. Smith (SBN 221877) |
| 4 | | Anthony L. Lanza (SBN 156703) |
| 5 | | LANZA & SMITH, A PROFESSIONAL LAW CORPORATION |
| 6 | | 3 Park Plaza, Suite 1650 |
| | | Irvine, California 92614-8540 |
| 7 | | Telephone: (949) 221-0490 |
| | | Facsimile: (949) 221-0027 |
| 8 | | Email: brodie@lanzasmith.com |
| 9 | | Email: tony@lanzasmith.com |
| 10 | | *Counsel for George Hatcher and Wrongful Death Consultants LLC* |
| 11 | | |
| 12 | Dated: November 8, 2022 | **CALIFORNIA ATTORNEY LENDING II, Inc.** |
| 13 | | |
| 14 | | By: */s/ William E. Brueckner* |
| | | William F. Savino (admitted pro hac vice) |
| 15 | | William E. Brueckner (admitted pro hac vice) |
| 16 | | WOODS OVIATT GILMAN LLP |
| | | 1900 Main Place Tower |
| 17 | | 350 Main Street |
| 18 | | Buffalo, New York 14202 |
| | | Telephone: 716.248.3200 |
| 19 | | Email: wsavino@woodsoviatt.com |
| | | Email: wbrueckner@woodsoviatt.com |
| 20 | | |
| 21 | | Sean E. Ponist (SBN 204712) |
| | | Cary D. McReynolds (SBN 191112) |
| 22 | | Samantha Yu (SBN 371119) |
| 23 | | PONIST LAW GROUP |
| | | 100 Pine Street, Suite 1250 |
| 24 | | San Francisco, California 94111 |
| | | Telephone: 415-798-2222 |
| 25 | | Email: sponist@ponistlaw.com |
| 26 | | Email: cmcreynolds@ponistlaw.com |
| | | Email: syu@ponistlaw.com |
| 27 | | |
| 28 | | *Counsel for Defendant California Attorney Lending II, Inc.* |

| | |
|---|---|
| Dated: November 8, 2022 | **EDELSON PC**<br><br>By: */s/ J. Eli Wade-Scott*<br>J. Eli Wade-Scott (pro hac vice)<br>Jay Edelson (pro hac vice)<br>Alexander G. Tievsky (pro hac vice)<br>EDELSON PC<br>350 North LaSalle, 14th Floor<br>Chicago, Illinois 60654<br>Telephone:312-589-6370<br>Facsimile: 312-589-6378<br>Email:ewadescott@edelson.com<br>Email:jedelson@edelson.com<br>Email: atievsky@edelson.com<br><br>Rafey S. Balabanian (SBN 315962)<br>EDELSON PC<br>150 California Street, 18th Floor<br>San Francisco, California 94111<br>Telephone: 415-212-9300<br>Facsimile: 415-373-9435<br>Email: rbalabanian@edelson.com<br><br>*Counsel for Plaintiff Edelson PC* |

### ECF ATTESTATION

I, Richard M. Scherer, Jr., am the ECF user whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: November 8, 2022

By: */s/ Richard M. Scherer, Jr.*
Richard M. Scherer, Jr., Esq. (pro hac vice)

# [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the hearings scheduled for December 1, 2022 and December 22, 2022 be placed on the Your Honor's Zoom calendar as follows:

 a. The hearing presently set for December 1, 2022 at 10:00 a.m. shall be set for December 1, 2022 at 9:00 a.m.
 b. The hearing presently set for December 22, 2022 at 10:00 a.m. shall be set for December 22, 2022 at 9:00 a.m.

Dated: November 9, 2022

*Jacqueline Scott Corley*
Honorable Jacqueline Scott Corley
United States District Court Judge