Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300/Fax: 415.373.9435

Jay Edelson (*pro hac vice*)
jedelson@edelson.com
J. Eli Wade-Scott (*pro hac vice*)
ewadescott@edelson.com
Alexander G. Tievsky (*pro hac vice*)
atievsky@edelson.com
EDELSON PC
350 North LaSalle, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Counsel for Plaintiff Edelson PC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| EDELSON PC, an Illinois professional corporation, <br><br> *Plaintiff,* <br><br> v. <br><br> DAVID LIRA, an individual, KEITH GRIFFIN, an individual, ERIKA GIRARDI a/k/a ERIKA JAYNE, an individual, EJ GLOBAL, LLC, a California limited liability company, CHRISTOPHER KAMON, an individual, GEORGE HATCHER, an individual, WRONGFUL DEATH CONSULTANTS, a California corporation, JOSEPH DINARDO, an individual, CALIFORNIA ATTORNEY LENDING II, INC., a New York corporation, <br><br> *Defendants.* | Case No.: 3:22-cv-03977-JSC <br><br> **PLAINTIFF'S MOTION TO WITHDRAW CONSENT TO MAGISTRATE JUDGE JURISDICTION** <br><br> Hon. Jacqueline Scott Corley <br><br> **Hearing Date: December 22, 2022** <br><br> **Hearing Time: 9:00 a.m.** |

1  **NOTICE OF MOTION AND MOTION**

2  PLEASE TAKE NOTICE that on December 22, 2022, at 9:00 a.m. via Zoom

3  Teleconference, the Honorable Jacqueline Scott Corley presiding, Plaintiff Edelson P.C.'s Motion

4  to Withdraw Consent to Magistrate Judge Jurisdiction will be heard. Plaintiff moves to withdraw its

5  previously filed Consent to Magistrate Judge Jurisdiction. Plaintiff's Motion is based on this Notice

6  of Motion and the following statements in support.

7

8  **STATEMENT OF REQESTED RELIEF**

9  Plaintiff requests that the Court grant it leave to withdraw its consent to magistrate judge

10  jurisdiction pursuant to 28 U.S.C. § 636(c).

11

12  Dated:  November 14, 2022                     Respectfully submitted,

13

14                                                **EDELSON PC**

15                                                By: /s/ Alexander G. Tievsky
                                                  Rafey S. Balabanian (SBN 315962)
16                                                rbalabanian@edelson.com
                                                  EDELSON PC
17                                                150 California Street, 18th Floor
                                                  San Francisco, California 94111
18                                                Tel: 415.212.9300/Fax: 415.373.9435
19
                                                  Jay Edelson (*pro hac vice*)
20                                                jedelson@edelson.com
                                                  J. Eli Wade-Scott (*pro hac vice*)
21                                                ewadescott@edelson.com
                                                  Alexander G. Tievsky (*pro hac vice*)
22                                                atievsky@edelson.com
                                                  EDELSON PC
23                                                350 North LaSalle, 14th Floor
                                                  Chicago, Illinois 60654
24                                                Tel: 312.589.6370
                                                  Fax: 312.589.6378
25

26

27                                                *Counsel for Plaintiff Edelson PC*

28

---

PLF'S MOTION TO WITHDRAW                         Case No. 3:22-cv-03977-JSC
CONSENT TO MAGISTRATE JUDGE JX.        2

Plaintiff Edelson PC hereby moves to withdraw its prior consent to the jurisdiction of a United States Magistrate Judge under 28 U.S.C. § 636(c). In support of its motion, it states as follows:

1. On July 21, 2022, Plaintiff consented to the jurisdiction of a magistrate judge to oversee this proceeding. (Dkt. 17.) However, because one of the defendants, Christopher Kamon, has not yet been served (and therefore has not consented), the case was reassigned to this Court on September 27, 2022. (Dkt. 73.)

2. "[A] party need not satisfy the good cause or extraordinary circumstances standard provided in § 636(c)(4) in order to withdraw magistrate judge consent before all parties have consented." *Gilmore v. Lockard*, 936 F.3d 857, 863 (9th Cir. 2019). Rather, it is "a decision best left to the district court's discretion," in consideration of such factors as prejudice to the other parties and inconvenience to the Court. *Id.* Where the matter has been assigned to a district judge and is not currently pending before a magistrate judge, "the majority of courts have allowed such withdrawal[.]" *Id.* (reversing denial of motion for leave to withdraw consent to magistrate judge jurisdiction).

3. Mr. Kamon is now in federal custody, and Plaintiff expects that he will soon be served. (*See* Detention Order, attached as Exhibit A; Transfer Order, attached as Exhibit B.) If Mr. Kamon appears and thereafter consents to magistrate judge jurisdiction, there is a risk that this proceeding could be delayed by a re-re-assignment. Plaintiff wishes to avoid that possibility. There is also a pending venue transfer motion in a parallel case pending in the Northern District of Illinois, where the parties have not consented to magistrate judge jurisdiction. If that motion is granted and the cases are consolidated, there is a risk that the case would then have to go *back* to a district judge. While Plaintiff recognizes the efficiencies gained by consenting to magistrate judge jurisdiction, it has reluctantly concluded that in this case, such consent will cause more problems than it solves.

4. Further, because the case is currently pending before a district judge, no prejudice will be worked on any defendant and no inconvenience will be caused as a result of permitting the withdrawal. Pursuant to the Ninth Circuit's guidance in *Gilmore*, Plaintiff should be allowed to withdraw its consent.

1  **WHEREFORE**, Plaintiff respectfully requests that the Court permit it leave to withdraw its consent to magistrate judge jurisdiction.

Dated: November 14, 2022                         Respectfully submitted,

                                            **EDELSON PC**

                                            By: /s/ Alexander G. Tievsky

                                            Rafey S. Balabanian (SBN 315962)
                                            rbalabanian@edelson.com
                                            EDELSON PC
                                            150 California Street, 18th Floor
                                            San Francisco, California 94111
                                            Tel: 415.212.9300/Fax: 415.373.9435

                                            Jay Edelson (*pro hac vice*)
                                            jedelson@edelson.com
                                            J. Eli Wade-Scott (*pro hac vice*)
                                            ewadescott@edelson.com
                                            Alexander G. Tievsky (*pro hac vice*)
                                            atievsky@edelson.com
                                            EDELSON PC
                                            350 North LaSalle, 14th Floor
                                            Chicago, Illinois 60654
                                            Tel: 312.589.6370
                                            Fax: 312.589.6378

                                            *Counsel for Plaintiff Edelson PC*