1  Rafey S. Balabanian (SBN 315962)
   rbalabanian@edelson.com
2  EDELSON PC
   150 California Street, 18th Floor
3  San Francisco, California 94111
   Tel: 415.212.9300/Fax: 415.373.9435
4

5  Jay Edelson (*pro hac vice*)
   jedelson@edelson.com
6  J. Eli Wade-Scott (*pro hac vice*)
   ewadescott@edelson.com
7  Alexander G. Tievsky (*pro hac vice*)
   atievsky@edelson.com
8  EDELSON PC
   350 North LaSalle, 14th Floor
9  Chicago, Illinois 60654
   Tel: 312.589.6370
10 Fax: 312.589.6378

11 *Counsel for Plaintiff Edelson PC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| EDELSON PC, an Illinois professional corporation, <br><br> *Plaintiff,* <br><br> v. <br><br> DAVID LIRA, an individual, KEITH GRIFFIN, an individual, ERIKA GIRARDI a/k/a ERIKA JAYNE, an individual, EJ GLOBAL, LLC, a California limited liability company, CHRISTOPHER KAMON, an individual, GEORGE HATCHER, an individual, WRONGFUL DEATH CONSULTANTS, a California corporation, JOSEPH DINARDO, an individual, CALIFORNIA ATTORNEY LENDING II, INC., a New York corporation, <br><br> *Defendants.* | Case No.: 3:22-cv-03977 <br><br> **[PROPOSED]** ORDER ON MOTION FOR SERVICE BY UNITED STATES MARSHAL <br><br> Hon. Jacqueline Scott Corley |

Plaintiff Edelson PC's Motion for Service by the United States Marshal is GRANTED. The Court orders that for good cause shown, service upon Christopher Kamon shall be made by any United States marshal or deputy marshal. At the option of the Marshal in the district where Mr. Kamon is detained, the Marshal may instead permit service upon Mr. Kamon by a private process server retained by Plaintiff. The standard fees charged by the Marshal shall apply.

**IT IS SO ORDERED.**

Dated: November 21, 2022

Hon. Jacqueline Scott Corley
United States District Judge