1  RAFEY S. BALABANIAN (SBN 315962)
   rbalabanian@edelson.com
2  **EDELSON PC**
   150 California Street, 18th Floor
3  San Francisco, CA 94111
   Tel:    415.212.9300
4  Fax:    415.373.9435

5  *Counsel for Plaintiff Edelson PC*

6  *[additional counsel listed on signature page]*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| EDELSON PC, an Illinois professional corporation,<br><br>    *Plaintiff,*<br><br>v.<br><br>DAVID LIRA, an individual, KEITH GRIFFIN, an individual, ERIKA GIRARDI a/k/a ERIKA JAYNE, an individual, EJ GLOBAL, LLC, a California limited liability company, CHRISTOPHER KAMON, an individual, GEORGE HATCHER, an individual, WRONGFUL DEATH CONSULTANTS, a California corporation, JOSEPH DINARDO, an individual, CALIFORNIA ATTORNEY LENDING II, INC., a New York corporation,<br><br>    *Defendants.* | Case No. 3:22-cv-03977-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXCEED PAGE LIMITATIONS IN PLAINTIFF'S CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>Judge:   Hon. Jacqueline Scott Corley |

Pursuant to Civil Local Rules 7-11 and 7-12, Plaintiff Edelson PC, Defendant Keith Griffin, Defendant George Hatcher, Defendant Wrongful Death Consultants, Defendant Erika Girardi, Defendant EJ Global, LLC, Defendant Joseph DiNardo, and Defendant California Attorney Lending II, Inc. (all together, the "Parties") hereby stipulate, subject to Court approval, to allow Plaintiff to file a Consolidated Response in Opposition to Defendants' Motions to Dismiss that exceeds the applicable page limitation. In support of this Stipulation, the Parties state as follows:

1.   Plaintiff's responses to Defendants' motions to dismiss related to merits are due on November 23, 2022. *See* Dkt. 77.

2.   Between September 15 and 21, 2022, Defendants filed six motions to dismiss related to merits (under Rule 12(b)(6) and/or 12(b)(7)). *See* Dkt. 41 (incorporating arguments in Dkt. 43); Dkt. 43; Dkt. 49; Dkt. 55 (in part); Dkt. 58; Dkt. 60.

3.   Plaintiff intends to file a single, consolidated response in opposition to these six motions.

NOW, THEREFORE, the Parties stipulate and respectfully request, by and through their respective undersigned counsel, that the Court allow Plaintiff to file a Consolidated Response in Opposition of up to 35 pages.

Dated:  November 22, 2022                **EDELSON PC**

By: /s/ Alexander G. Tievsky

Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300/Fax: 415.373.9435

Jay Edelson (*pro hac vice*)
jedelson@edelson.com
J. Eli Wade-Scott (*pro hac vice*)
ewadescott@edelson.com
Alexander G. Tievsky (*pro hac vice*)

| | | |
|---|---|---|
| 1 | | atievsky@edelson.com |
| 2 | | EDELSON PC |
| | | 350 North LaSalle St., 14th Floor |
| 3 | | Chicago, Illinois 60654 |
| | | Tel: 312.589.6370 |
| 4 | | Fax: 312.589.6378 |
| 5 | | *Counsel for Plaintiff Edelson PC* |
| 6 | | |
| 7 | Dated: November 22, 2022 | **KEITH GRIFFIN** |
| 8 | | By: /s/ Ryan D. Saba |
| 9 | | Ryan D. Saba (SBN192370) |
| | | rsaba@rosensaba.com |
| 10 | | ROSEN SABA |
| | | 2301 Rosecrans Ave., Suite 3180 |
| 11 | | El Segundo, CA 90245 |
| 12 | | Telephone: (310) 285-1727/Fax: (310) 285-1728 |
| 13 | | *Counsel for Keith Griffin* |
| 14 | Dated: November 22, 2022 | **ERIKA GIRARDI and EJ GLOBAL, LLC** |
| 15 | | By: /s/ Evan C. Borges |
| 16 | | Evan C. Borges (SBN 128706) |
| 17 | | EBorges@GGTrialLaw.com |
| | | GREENBERG GROSS LLP |
| 18 | | 650 Town Center Drive, Suite 1700 |
| | | Costa Mesa, California 92626 |
| 19 | | Telephone: (949) 383-2800/Fax: (949) 383-2801 |
| 20 | | *Counsel for Erika Girardi and EJ Global, LLC* |
| 21 | | |
| 22 | Dated: November 22, 2022 | **GEORGE HATCHER and WRONGFUL DEATH CONSULTANTS LLC** |
| 23 | | By: /s/ Anthony L. Lanza |
| 24 | | |
| 25 | | Anthony L. Lanza (SBN 156703) |
| | | Brodie H. Smith (SBN 221877) |
| 26 | | LANZA & SMITH, A PROFESSIONAL LAW CORPORATION |
| 27 | | 3 Park Plaza, Suite 1650 |
| | | Irvine, California 92614-8540 |
| 28 | | Telephone (949) 221-0490 |

|   |   |   |
|---|---|---|
| 1 | | tony@lanzasmith.com |
| 2 | | brodie@lanzasmith.com |
| 3 | | *Counsel for George Hatcher and Wrongful Death Consultants LLC* |
| 4 | Dated: November 22, 2022 | **JOSEPH DINARDO** |
| 5 | | |
| 6 | | By: /s/ Richard M. Scherer, Jr. |
| 7 | | Richard M. Scherer, Jr., Esq. (pro hac vice) |
| | | LIPPES MATHIAS LLP |
| 8 | | 50 Fountain Plaza, Suite 1700 |
| | | Buffalo, New York 14202 |
| 9 | | Telephone: (716) 853-5100 |
| | | Facsimile: (716) 853-5199 |
| 10 | | Email: rscherer@lippes.com |
| 11 | | |
| | | Jeff W. Poole, Esq. (SBN 291783) |
| 12 | | HAMRICK & EVANS, LLP |
| | | 2600 West Olive Avenue, Suite 1020 |
| 13 | | Burbank, California 91505 |
| | | Telephone: (818) 763-5292 |
| 14 | | Facsimile: (818) 763-2308 |
| 15 | | Email: jpoole@hamricklaw.com |
| 16 | | *Counsel for Joseph DiNardo* |
| 17 | | |
| 18 | Dated: November 22, 2022 | **CALIFORNIA ATTORNEY LENDING II** |
| 19 | | By: /s/ William E. Brueckner |
| 20 | | William F. Savino (admitted pro hac vice) |
| 21 | | William E. Brueckner (admitted pro hac vice) |
| | | WOODS OVIATT GILMAN LLP |
| 22 | | 1900 Main Place Tower |
| | | 350 Main Street |
| 23 | | Buffalo, New York 14202 |
| | | 716.248.3200 |
| 24 | | wsavino@woodsoviatt.com |
| 25 | | wbrueckner@woodsoviatt.com |
| 26 | | Sean E. Ponist (SBN 204712) |
| | | Cary D. McReynolds, (SBN 191112) |
| 27 | | Samantha Yu (SBN 371119) |
| 28 | | PONIST LAW GROUP |

- 4 -

STIPULATION AND [PROPOSED] ORDER TO EXCEED PAGE LIMITATIONS
CASE NO. 3:22-CV-03977-JSC

Case 3:22-cv-03977-JSC   Document 94   Filed 11/22/22   Page 5 of 7

100 Pine Street, Suite 1250
San Francisco, California 94111
415.798.2222
sponist@ponistlaw.com
cmcreynolds@ponistlaw.com
syu@ponistlaw.com

*Counsel for Defendant California Attorney Lending II, Inc.*

STIPULATION AND [PROPOSED] ORDER TO EXCEED PAGE LIMITATIONS
CASE NO. 3:22-CV-03977-JSC

# ATTESTATION REGARDING SIGNATURES

Pursuant to Local Rule 5-1(h)(3) of the Northern District of California, I hereby certify that I have obtained concurrence in the filing of this document from the other signatories listed herein.

Dated: November 22, 2022      **EDELSON PC**

                              By: /s/ Alexander G. Tievsky
                                  Alexander G. Tievsky
                                  Attorney for Plaintiffs

**[PROPOSED] ORDER**

Having considered the parties' Joint Stipulation and [Proposed] Order, the Court hereby GRANTS the Parties' Joint Stipulation. It is HEREBY ORDERED that Plaintiff may file a Consolidated Response in Opposition to Defendants' Motions to Dismiss of up to 35 pages.

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.**

Dated:_____

U.S. District Judge Jacqueline Scott Corley