# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** December 1, 2022      **Time:** 00:25      **Judge:** JACQUELINE SCOTT CORLEY

**Case No.**: 22-cv-03977-JSC      **Case Name:** Edelson PC v. Lira

**Attorney for Plaintiffs:** J. Eli Wade-Scott/ Hannah Hilligoss
**Attorneys for Defendant Lira:** Rachel Lannen
**Attorney for Defendant Griffin:** Ryan Saba
**Attorneys for Defts Girardi & EJ Global:** Evan Borges
**Attorneys for Defts Hatcher & Wrongful Death Consultants:** Brodie Smith
**Attorney for Defendant DiNardo:** Richard M. Scherer, Jr.
**Attorney for Defendant CA Attorney Lending:** Bill Brueckner

**Deputy Clerk:** Ada Means      **Digital Recording Time:** 9:00-9:25

## PROCEEDINGS

Motion hearing held and recorded by Zoom videoconference on Defendants' Motion to Dismiss for improper venue or to transfer (Dkt. Nos. 41, 43, 47, 54, 55, 61).

## ORDERED AFTER HEARING

The Court finds that the venue is improper in this district and orders the case to be transferred to the Central District of California. Defendants Hatcher and Wrongful Death Consultants' Motion to Remove Incorrectly Filed Document (Dkt. No. 44) is granted without prejudice, to Plaintiff arguing that Defendants waived privilege with respect to the document at a later time.

**Order to be prepared by:**
[ ]   Plaintiff           [ ]   Defendant           [x]   Court